UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:15-cr-00237-MOC

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **SWISHER HYGIENE, INC.,** | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on third-party Joanne Viard's Motion to Disqualify Moore & Van Allen, PLLC and James P. McLoughlin, Jr.'s, Christopher D. Tomlinson's, and the law firm of Moore & Van Allen PLLC's Motion to Withdraw as Counsel with Client's Consent. While defense counsel's Motion to Withdraw moots the third-party's motion, the court notes in allowing the withdrawal of counsel that such withdrawal will only become fully effective when substitute counsel makes their appearance inasmuch as a corporation cannot proceed *pro se*. Having considered the motions and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that third-party Joanne Viard's Motion to Disqualify Moore & Van Allen, PLLC (#11) is **DENIED** as **MOOT**, and James P. McLoughlin, Jr.'s, Christopher D. Tomlinson's, and the law firm of Moore & Van Allen PLLC's Motion to Withdraw as Counsel with Client's Consent (#15) is **GRANTED**, with such withdrawal becoming fully effective when substitute counsel appears. In the interim, the duties of withdrawing counsel are limited to those of officers of this court as a conduit for communications between the court, the

1

government, and the corporate defendant. Withdrawing counsel shall, however, communicate to the corporate defendant the necessity of retaining substitute counsel promptly.

Signed: April 22, 2016

Max O. Cogburn Jr.
United States District Judge