UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:15-cr-00237-MOC

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| SWISHER HYGIENE, INC., ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the court on the government's Motion to Dismiss (#18). Having considered the motion and reviewed the Bill of Information (#1) and the deferred prosecution agreement (#2), the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the government's Motion to Dismiss (#18) is **GRANTED**, and the Bill of Information (#1) is **DISMISSED** with prejudice.

Signed: October 13, 2016

Max O. Cogburn Jr
United States District Judge